B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

___Northern___ District Of ___GEORGIA___

In re __Taryn  Kae'lyn Mcfarthing__          Case No. __18-58723__

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __Jefferson Capital Systems LLC__ | **BRIDGECREST CREDIT COMPANY** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Jefferson Capital Systems LLC**
**PO BOX 7999**
**Saint Cloud , MN 56302-9617**

Court Claim # (if known): **1**
Amount of Claim:  **$13,728.57**
Date Claim Filed:  **6/1/2018**

Phone:  __888-836-6853__
Last Four Digits of Acct #:  __4100__

Phone:  __800-856-3608__
Last Four Digits of Acct #:  __4100__

Name and Address where transferee payments should be sent (if different from above):
**Jefferson Capital Systems LLC**
**PO BOX 772813**
**Chicago , IL 60677-2813**
Phone:  __888-836-6853__
Last Four Digits of Acct #:  __4100__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Lois Nordlund (Bankruptcy Specialist)__          Date: __08/20/2018__
   Transferee/Transferee's Agent

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

confidential
Ashley.arens Ashley.arens
jcap
Sep 26, 2016 15:54

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Bridgecrest Acceptance Corporation ("Transferor"), has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of Georgia maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following name:

> DT Credit Corp
> Bridgecrest Credit Corp

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this day of September 23, 2016.

Bridgecrest Acceptance Corporation, formerly known as DT Acceptance Corporation
Transferor

By: _____
Name: _____
Title: _____Jon Ehlinger, Secretary_____

confidential
Ashley.arens Ashley.arens
jcap
Sep 26, 2016 15:54